# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7097**  September Term, 2005

05cv01015



Filed On:

Paul Nagy,
      Appellant

v.

Embassy of Romania and Embassy of Hungary,
      Appellees

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BEFORE:**   Ginsburg, Chief Judge, and Sentelle and Griffith, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed June 21, 2005, be affirmed. The district court properly dismissed the action against the embassies of two foreign states on the ground that the complaint failed to set forth a basis for the court's jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 8/8/06
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk